```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  Mar 4, 2015

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:      PMC        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN MARTINIAN, | Case No. CV 15-1344-SVW (PJWx) |
| Plaintiff, | ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION TO SUPERIOR COURT |
| v. | |
| ALFONSO VASQUEZ, ET AL., | JS-6 |
| Defendants. | |

Before the Court is an unlawful detainer action that Defendant removed from the Los Angeles County Superior Court. For the following reasons, the case is summarily remanded back to that court.

In December 2014, Defendant Alfonso Vasquez was sued in the Los Angeles County Superior Court in what appears to be a routine unlawful detainer action for non-payment of rent. On February 25, 2015, he removed the action to this court, arguing that the case was a federal one because his landlord was discriminating against him and because the eviction was part of a criminal conspiracy.

Generally speaking, federal district courts do not have subject matter jurisdiction over eviction actions like the one at bar. That is because there is no federal question raised by the complaint and Defendant cannot interject one by raising federal issues in his

1  defense. *See Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009) ("Federal
2  jurisdiction cannot be predicated on an actual or anticipated defense,
3  or rest upon an actual or anticipated counterclaim") (internal
4  citations omitted).  Further, there is no diversity jurisdiction under
5  28 U.S.C. § 1332 because, even if Defendant could establish that the
6  parties are diverse, it is clear from the Complaint, which Defendant
7  has attached to his papers, that the amount in controversy does not
8  exceed $75,000, in fact, it is less than $10,000.  As a result,
9  Defendant cannot remove the case to this court.  *See* 28 U.S.C.
10 § 1441(a); *Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546,
11 563 (2005).
12      Accordingly, IT IS ORDERED that (1) pursuant to 28 U.S.C.
13 § 1447(c), this matter is REMANDED to the Superior Court of
14 California, County of Los Angeles, 300 East Walnut Street, Pasadena,
15 California 91101; (2) the clerk shall send a certified copy of this
16 Order to the state court; and (3) the clerk serve copies of the Order
17 on the parties.
18      IT IS SO ORDERED.
19      DATED: March 4, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Martinian.wpd